UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY L. TAYLOR,<br>       Plaintiff,<br><br>      v.<br><br>NORTHAMPTON COUNTY;<br>BETHLEHEM POLICE DEPT.; and<br>AFFIANT PETER LABIAK;<br>       Defendants. | :<br>:<br>:<br>:  No. 5:24-cv-1411<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 4th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss filed by the Bethlehem Police Department and Affiant Peter Labiak, ECF No. 48, is **GRANTED**.

2. The Motion to Dismiss filed by Northampton County, ECF No. 49, is **GRANTED**.

3. The Second Amended Complaint, ECF No. 47, is **DISMISSED**.

4. Plaintiff's Motion in Opposition to Defendant Northampton County's Motion to Dismiss, ECF No. 53, is **DENIED and DISMISSED**.

5. The above-captioned action is **CLOSED**.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge